UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NOELLE GOMES,

    Plaintiff,

v.

LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS LLC, & XYZ COMPANY

    Defendants.

CIVIL ACTION NO.:

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSSACHUSETTS**

Pursuant to 28 U.S.C. § 1446(a), Defendant, Lowe's Home Centers LLC ("Lowe's"), hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and states the following grounds for removal:

1. On or about May 25, 2022, Plaintiff Noelle Gomes filed a negligence action assigned Civil Action No. 2273CV00374C in Bristol County Superior Court. A copy of Plaintiff's Complaint is attached at "Exhibit A."

2. Upon information and belief, Plaintiff's Complaint was served upon Lowe's on or about July 15, 2022.

3. The summons and Plaintiff's Complaint constitute all process, pleadings, and orders served on Defendant to date in this action. See "Exhibit A."

4. Having been filed within thirty (30) days of service of the Complaint upon Lowe's, this Notice of Removal to the United States District Court has been filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325 (1999).

101340738

5. Lowe's will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to Plaintiff, other parties of record, and the clerk of the state court in which this case was initially filed.

6. Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(1), on the basis that there is complete diversity of citizenship between the adverse parties and the amount in controversy exceeds $75,000.00:

   a. Defendant Lowe's Home Centers LLC is a Foreign Limited Liability Company with its principal place of business in Mooresville, North Carolina. The business address of each Manager of Lowe's Home Centers LLC is also in Mooresville, North Carolina. The citizenship of an LLC is determined by the citizenship of each of its members. See, e.g., Bayerische Landesbank, New York Branch v. Aladdin Capital Management LLC, 692 F.3d 42, 49 (2d Cir. 2012). "A complaint premised upon diversity of citizenship must allege the citizenship of natural persons who are members of a limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company." New Millennium Capital Partners, III, LLC v. Juniper Grp. Inc., 2010 WL 1257325, at *1 (S.D.N.Y. Mar. 26, 2010).

   b. Defendant Lowe's Companies, Inc., is an improperly named party and has been requested to be dismissed by defense counsel. Importantly, there is no "Lowe's Companies, Inc." registered with the Corporations Division of the Massachusetts Secretary of the Commonwealth and this entity has no relationship to the store where Plaintiff allegedly suffered her trip and fall incident.

101340738

    c.    Based on Plaintiff's Complaint, Plaintiff is an individual residing in North Dartmouth, Massachusetts. See "Exhibit A."

7. Plaintiff is claiming that she suffered "severe personal injury and disability, some of which may be permanent, incurred and continues to incur significant pain and suffering and disability, some of which may be permanent, incurred and continues to incur significant pain and suffering of mind and body, incurred and will continue to incur medical expenses, lost wages, and other damages." These alleged injuries and damages arise as the result of an alleged trip and fall incident on May 30, 2019, at Lowe's store in North Dartmouth, Massachusetts. See "Exhibit A."

8. The Civil Action Cover Sheet filed by Plaintiff with the Bristol County Superior Court describes the alleged personal injuries as "knee, leg pain." Plaintiff alleges special damages in the amount of approximately $69K for "hospital and doctor expenses." Importantly Plaintiff's $69K of alleged damages does not include damages for alleged pain and suffering, lost wages, future loss of earning capacity, permanency, or "other damages." A copy of the Civil Action Cover Sheet is attached at "Exhibit B."

9. Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in the Bristol County Superior Court in the Commonwealth of Massachusetts.

WHEREFORE, Defendant Lowe's requests that the action pending in Bristol County Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

101340738

Respectfully submitted,

The Defendants, Lowe's Companies, Inc., &
Lowe's Home Centers, LLC,

By their Attorneys,

*/s/ Grace V.B. Garcia*
*/s/ Matthew Baker*

Grace V.B. Garcia, BBO #640970
ggarcia@morrisonmahoney.com
Matthew J. Baker, BBO # 698819
mbaker@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-737-8845
Fax:       617-342-4938

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 8, 2022

*/s/ Matthew Baker* _____
Matthew Baker

101340738