# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT OF THE COMMONWEALTH

BRISTOL, ss

NOELLE GOMES

VS.

LOWE'S COMPANIES, INC.; LOWE'S HOME CENTERS, LLC and XYZ COMPANY

CIVIL ACTION NO. 2273CV00374C

BRISTOL. SS SUPERIOR COURT
FILED

MAY 25 2022

MARC J SANTOS, ESQ.
CLERK/MAGISTRATE

## COMPLAINT

### Parties

1. Plaintiff, NOELLE S. GOMES, is a resident of the Town of North Dartmouth, County of Bristol and Commonwealth of Massachusetts.

2. Defendant, LOWE'S COMPANIES, INC., (hereinafter "LOWE'S") upon information and belief, is a Domestic for-profit Corporation with its headquarters located in the Town of Mooresville, County of Iredell and State of North Carolina.

3. Defendant, LOWE'S HOME CENTERS, LLC (hereinafter "LOWE'S HOME") upon information and belief, is a Domestic for-profit Corporation with its headquarters located in the Town of Mooresville, County of Iredell and State of North Carolina.

4. Defendant XYZ COMPANY is an unknown company, which has yet to be determined.

### Jurisdiction

5. The amount in controversy is sufficient to establish this Court's jurisdiction over this action.

1.

### Venue

6. Bristol County Superior Court is the appropriate venue for this action.

### Relevant Facts

7. Upon information and belief, Defendant LOWE'S leased property located at 55 Faunce Corner Mall Road, in the Town of North Dartmouth, County of Bristol and Commonwealth of Massachusetts (the "Subject Premises") and was responsible for keeping and maintaining the property in reasonably safe condition.

8. At all times relevant hereto, Defendant LOWE'S HOME leased property at the Subject Premises and was responsible for keeping and maintaining the property in reasonably safe condition.

9. On or about May 30, 2019, and at all times material hereto, Plaintiff, NOELLE S. GOMES was an invitee at the Subject Premises.

10. On or about May 30, 2019, Plaintiff was exiting the Subject Premises when she fell to the ground due to the unreasonably dangerous condition of the ground.

### COUNT I

### Negligence- LOWE'S

11. The prior paragraphs are incorporated herein by reference as if fully set forth herein.

12. At all times relevant hereto, Plaintiff was lawfully on the Subject Premises at the invitation of and/or with the permission of Defendant LOWE'S such, that Plaintiff was an invitee of Defendant.

2

13. At all times relevant hereto, Defendant LOWE'S owed Plaintiff a legal duty to exercise reasonable care in seeing that the Property was free from dangerous conditions or defects that might cause injury to Plaintiff or other invitees and patrons.

14. Defendant LOWE'S breached its duty to Plaintiff by allowing the Property to be in an unreasonably dangerous condition, by failing to warn Plaintiff of the unreasonably dangerous condition of the Premises, by failing to safeguard and protect Plaintiff from the unreasonably dangerous condition, and by otherwise failing to exercise due care under the circumstances.

15. At all times relevant hereto, Plaintiff exercised due care under the circumstances.

16. As a direct and proximate cause of Defendant LOWE'S negligence, Plaintiff was caused to suffer severe personal injury and disability, some of which may be permanent, incurred and continues to incur significant pain and suffering of mind and body, incurred and will continue to incur hospital, doctor, and medical expenses, and was further caused a loss of wages and other damages.

**WHEREFORE**, Plaintiff demands judgment in her favor and against Defendant LOWE'S for:

(i) monetary damages in an amount to be determined at trial;

(ii) interest and costs; and

(iii) such further relief as this Court deems just and proper.

## COUNT II

### Negligence- LOWE'S HOME

17. The prior paragraphs are incorporated herein by reference as if fully set forth herein.

3

18. At all times relevant hereto, Plaintiff was lawfully on the Subject Premises at the invitation of and/or with the permission of Defendant LOWE'S HOME such, that Plaintiff was an invitee of Defendant.

19. At all times relevant hereto, Defendant LOWE'S HOME owed Plaintiff a legal duty to exercise reasonable care in seeing that the Property was free from dangerous conditions or defects that might cause injury to Plaintiff or other invitees and patrons.

20. Defendant LOWE'S HOME breached its duty to Plaintiff by allowing the Property to be in an unreasonably dangerous condition, by failing to warn Plaintiff of the unreasonably dangerous condition of the Premises, by failing to safeguard and protect Plaintiff from the unreasonably dangerous condition, and by otherwise failing to exercise due care under the circumstances.

21. At all times relevant hereto, Plaintiff exercised due care under the circumstances.

22. As a direct and proximate cause of Defendant LOWE'S HOME negligence, Plaintiff was caused to suffer severe personal injury and disability, some of which may be permanent, incurred and continues to incur significant pain and suffering of mind and body, incurred and will continue to incur hospital, doctor, and medical expenses, and was further caused a loss of wages and other damages.

**WHEREFORE**, Plaintiff demands judgment in her favor and against Defendant LOWE'S HOME for:

(ii) monetary damages in an amount to be determined at trial;

(ii) interest and costs; and

(iii) such further relief as this Court deems just and proper.

4

## COUNT III

### Negligence- XYZ COMPANY

23. The prior paragraphs are incorporated herein by reference as if fully set forth herein.

24. At all times relevant hereto, Plaintiff was lawfully on the Subject Premises at the invitation of and/or with the permission of Defendant XYZ COMPANY such, that Plaintiff was an invitee of Defendant.

25. At all times relevant hereto, Defendant XYZ COMPANY owed Plaintiff a legal duty to exercise reasonable care in seeing that the Property was free from dangerous conditions or defects that might cause injury to Plaintiff or other invitees and patrons.

26. Defendant XYZ COMPANY breached its duty to Plaintiff by allowing the Property to be in an unreasonably dangerous condition, by failing to warn Plaintiff of the unreasonably dangerous condition of the Premises, by failing to safeguard and protect Plaintiff from the unreasonably dangerous condition, and by otherwise failing to exercise due care under the circumstances.

27. At all times relevant hereto, Plaintiff exercised due care under the circumstances.

28. As a direct and proximate cause of Defendant XYZ COMPANY negligence, Plaintiff was caused to suffer severe personal injury and disability, some of which may be permanent, incurred and continues to incur significant pain and suffering of mind and body, incurred and will continue to incur hospital, doctor, and medical expenses, and was further caused a loss of wages and other damages.

**WHEREFORE**, Plaintiff demands judgment in her favor and against Defendant WYX COMPANY for:

(iii)   monetary damages in an amount to be determined at trial;

(ii)    interest and costs; and

(iii)   such further relief as this Court deems just and proper.

PLAINTIFF DEMANDS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.

                              Plaintiff, Noelle S. Gomes
                              By Her Attorney,

                              /s/ Robert M. Proulx, Esquire
                              Robert M. Proulx, Esq. #640653
                              Rob Levine & Associates
                              544 Douglas Avenue
                              Providence, RI 02908
                              (401) 621-7000 Telephone
                              (401)621-7050 Facsimile
                              rproulx@roblevine.com